# Exhibit A

3/15/2021 12:40 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51470763
By: Joshua Bovell
Filed: 3/15/2021 12:40 PM

Receipt Number: 879437
Tracking Number: 73841268 EML

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202108629

| | |
|---|---|
| PLAINTIFF: BAKER, WILLIAM | In the 165th Judicial |
| vs. | District Court of |
| DEFENDANT: HORMEL FOODS SALES LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: HORMEL FOODS SALES LLC MAY BE SERVED VIA ITS REGISTERED AGENT C T CORPORATION
SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on February 11, 2021, in the above numbered and styled
cause on the docket in the above Judicial District Court of Harris County, Texas, in
the courthouse in the City of Houston, Texas. The instrument attached describes the
claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
February 15, 2021.

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: ADILIANI SOLIS

Issued at request of:
MARTINEZ, SAMANTHA BARLOW
325 HEIGHTS BLVD.
HOUSTON, TX  77007-1649
713-333-3270
Bar Number: 24026860

Tracking Number 73841268 EML

CAUSE NUMBER: 202108629

PLAINTIFF: BAKER, WILLIAM

vs.

DEFENDANT: HORMEL FOODS SALES LLC

In the 65th

Judicial District Court

of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at **2:30** o'clock **P**. M., on the **22nd** day of **February** , 2021

Executed at (address) **1999 Bryan Street # 900  Dallas Texas 75201**

in **Dallas** County

at **8:41** o'clock **A**. M., on the **25th** day of **February** , 20**21** *

by delivering to **Hormel Foods Sales LLC via R/A CT Corporation System** defendant,

in person, a true copy of this

Citation together with the accompanying **1** copy (ies) of the

**Plaintiffs original Petition** Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this **9th** day of

**March** , 20**21** .

FEE: $ **per invoice**

**Joel Cormouche  PSC # 7225** exp **7-31-21**

of **Harris**

County, Texas

Affiant

By:

Deputy

On this day, **Joel Cormouche** , known to me to be

the person whose signature

appears on the foregoing return, personally appeared. After being by me duly sworn,

he/she stated that this citation was executed by him/her in the exact manner recited

on the return.

SWORN TO AND SUBSCRIBED **March** BEFORE ME on this **9th** of

, 20**21**

BASIL WILLIAM LANSING
Notary Public, State of Texas
Comm. Expires 04-11-2022
Notary ID 126734230

* via certified mail...dropped off to USPS 2-25-21

signed for 3-1-21 ... green card returned 3-9-21



Unofficial Copy Office of Marilyn Burgess District Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hormel Foods Sales LLC
c/o CT Corporation System
1999 Bryan St. # 900
Dallas TX 75201

9590 9402 6084 0125 3713 53

2. Article Number (Transfer from service label)

7020 1290 0001 8268 4471

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lindsey Barrientez    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Lindsey Barrientez    MAR 0 1 2021

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Dallas TX 75201

Certified Mail Fee  $3.60
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $1.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $
Postage  $1.20
Total Postage and Fees  $7.65

Sent To Hormel Foods / CT Corporation
Street and Apt. No., or PO Box No. 1999 Bryan St # 900
City, State, ZIP+4® Dallas TX 75201

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE.**

ASHFORD WEST
12655 WHITTINGTON DR
HOUSTON, TX 77077-9998
(800)275-8777

02/25/2021                08:44 AM

Product          Qty   Unit    Price
                       Price

First-Class Mail®  1           $1.20
Large Envelope
    Dallas, TX 75201
    Weight: 0 lb 1.60 oz
    Estimated Delivery Date
        Mon 03/01/2021
Certified Mail®              $3.60
    Tracking #:
        70201290000182684471
Return Receipt              $2.85
    Tracking #:
        9590 9402 6084 0125 3713 53
Total                       $7.65

Grand Total:                $7.65

Personal/Bus Check          $7.65

*****************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

2/11/2021 10:36 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 50567788
By: Courtni Gilbert
Filed: 2/11/2021 10:36 AM

CAUSE NO:_____

| | | |
|---|---|---|
| WILLIAM BAKER, | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| HORMEL FOODS SALES, LLC, | § | |
|     Defendant. | § | ___ JUDICIAL DISTRICT |
| | § | |
| | § | |

## PLAINTIFF'S ORIGINAL PETITION

William Baker ("Plaintiff") files this Original Petition against Defendant Hormel Foods Sales, LLC ("Hormel" or "Defendant"), and respectfully shows the Court as follows:

### A.    DISCOVERY CONTROL PLAN

1.    Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure.

### B.    PARTIES

2.    Plaintiff is a resident of Harris County, Texas.

3.    Defendant is a foreign limited liability company doing business in the State of Texas and may be served via its registered agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201; or via an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process; or wherever found.

### C.    JURISDICTION AND VENUE

4.    The amount in controversy is within the jurisdictional limits of this Court. In addition, the incident in question whereby Plaintiff was injured occurred in Harris County, Texas.

5.    The incident giving rise to Plaintiff's injuries occurred in Harris County, Texas. Thus, venue is proper. *See* Tex. Civ. Prac. & Rem. Code § 15.002(a)(1).

### D.   FACTS

6.      Plaintiff worked for Fontanini Foods in sales, with a very successful career and good relationships with his clients.  Defendant Hormel acquired Fontanini in or around August 2017. Prior to the acquisition, Plaintiff was a Territory Manager. Post-acquisition, Plaintiff was given the title, Market Specialist. Plaintiff's direct report was Area Manager Michelle Newman ("Newman").

7.      Newman told Plaintiff that his work was a "young person's" job and asked him repeatedly when he would retire.  In addition, Newman stated that Defendant was developing young people and hoped that Plaintiff was in a position, financially, to ensure that he didn't have to work "until he was 70." At a national sales meeting in November 2018, executives stressed the development of young talent.

8.      After Plaintiff failed to retire, and in fact continued his successful career post-merger, Newman began to make up defamatory and harmful stories about Plaintiff.  Specifically, Newman manufactured stories that three different customers of Hormel had complained about Plaintiff. Each time, when Newman presented this to Plaintiff, he investigated and found that the stories were without truth to them.  When he confronted Newman, rather than admit her wrongdoing, she was angry with him.

9.      On March 8, 2019, Defendant terminated Plaintiff due to the false allegations of distributor complaints. This reason is a pretext for age discrimination, and upon information and belief, the decision makers knew it was false at the time of the termination. Plaintiff was 61 at the date of his termination.  Plaintiff was one of nine sales/marketing employees in their late 50's and 60's who were terminated in the year or two after the Hormel acquisition.  Defendant lived up to its claims that it had plans to develop younger talent. To that end, Defendant failed to provide Plaintiff with

the required disclosures under the Older Workers Benefit Protection Act to conceal the truth of his termination.

10.     Plaintiff was discriminated, and terminated, due to age discrimination in violation of the Texas Commission on Human Rights Act, Chapter 21.

**E.     CAUSE OF ACTION –**
**AGE DISCRIMINATION IN VIOLATION OF THE**
**TEXAS COMMISSION ON HUMAN RIGHTS ACT, § 21**

11.     Herein, Plaintiff alleges that he is a member of a protected class, employees over 40; that he suffered an adverse action, termination; that the reason for termination was due to age and/or he was replaced by someone younger; and the reason for his termination was false and was pretext for age discrimination. Defendant terminated Plaintiff, and others, due to their age.

**F.     JURY DEMAND**

12.     Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

**G.     CONDITIONS PRECEDENT**

13.     Plaintiff alleges that all conditions precedent has been performed or have occurred as per Tex. R. Civ. Proc. 54.

**H.     PRAYER**

14.     For these reasons, Plaintiff asks that the court issue citation for Defendant to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:

a.     Actual damages including but not limited to pecuniary losses, non-pecuniary losses, back pay, and front pay;

b.     Emotional distress and other compensatory damages;

c.     Punitive damages;

d.     Attorney's fees and court costs;

3

e.    Prejudgment and post-judgment interest; and

f.    All other relief to which he is entitled.

Respectfully submitted,

By: */s/ Samantha Martinez*
Samantha Martinez
ATTORNEY IN CHARGE
Federal Id No. 27604
State Bar No. 24026860
Martinez Firm, PLLC
sam@mtzfirm.com
325 Heights Blvd.
Houston, TX 77007
Telephone:     (713) 333-3270
Telecopier:    (713) 333-3275

4