United States District Court
Southern District of Texas
**ENTERED**
December 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM BAKER, | § | |
| Plaintiff, | § § § | |
| v. | § | CAUSE NO: 4:21-CV-00920 |
| HORMEL FOODS SALES, LLC, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

After review of the Joint Stipulation of Dismissal with Prejudice filed by the Parties, it is hereby ORDERED that all the claims Plaintiff William Baker raised or could have raised in this lawsuit are hereby DISMISSED WITH PREJUDICE, with each Party to bear its own costs.

SIGNED this 30th day of November, 2021.

HON. ANDREW S. HANEN